IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON KAMBON,<br><br>             Plaintiff,<br><br>       v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>             Defendants. | No. 2:23-CV-1765-DJC-DMC-P<br><br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for default judgment. See ECF No. 8.

   Under Federal Rule of Civil Procedure 55, entry of a party's default by the Clerk of the Court is required before a motion for default judgment is properly before the Court. See Fed. R. Civ. P. 55(a), (b). A review of the docket in this case reflects that Plaintiff has not sought or obtained entry of default by the Clerk of the Court. Plaintiff's motion is construed as a request for entry of default under Rule 55(a) and, so construed, will be denied because the Court has not yet determined that service of Plaintiff's complaint is appropriate, and no party is in default for failure to respond. The Court will address the sufficiency of Plaintiff's complaint by separate order.

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for default
2  judgment, ECF No. 8, is construed as a request for entry of default and, so construed, is DENIED.

Dated: January 31, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2