UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON KAMBON,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>        Defendants. | No.  2:23-cv-01765-DC-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART DEFENDANTS' MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>(Doc. Nos. 16, 28) |

       Plaintiff Theon Kambon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On January 24, 2025, the assigned magistrate judge issued findings and recommendations recommending that Defendants' motion to dismiss (Doc. No. 16) be granted in part. (Doc. No. 28.) Specifically, the magistrate judge rejected Defendants' argument that Plaintiff's claims fail due to his failure to allege exhaustion of administrative remedies, but the magistrate judge agreed that Plaintiff failed to state cognizable claims for relief. (*Id.* at 6–10.) Thus, the magistrate judge recommends that Plaintiff's complaint be dismissed with leave to amend. (*Id.* at 11.) The magistrate judge also recommends Plaintiff's request for injunctive relief (Doc. No. 14) be denied as having been rendered moot by Plaintiff's transfer to a different facility. (Doc. No. 28 at 10.) The findings and recommendations were served on the parties and contained notice that any

objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 11.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on January 24, 2025 (Doc. No. 28) are ADOPTED in full;
2. Defendants' motion to dismiss (Doc. No. 16) is GRANTED IN PART, as stated in this order;
3. Plaintiff's complaint is dismissed, with leave to amend;
4. Within thirty (30) days from the date of this order, Plaintiff may file a first amended complaint;
5. The Clerk of the Court is directed to update Plaintiff's address of record pursuant to the Notice of Change of Address that Plaintiff filed on February 27, 2025 (Doc. No. 29); and
6. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **April 28, 2025**

Dena Coggins
United States District Judge

2