UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEON KAMBON,<br>Plaintiff,<br>v.<br>COUNTY OF SACRAMENTO, et al.,<br>Defendants. | No. 2:23-cv-01765-TLN-DMC<br><br>**ORDER** |

Plaintiff Theon Kambon ("Plaintiff"), a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 41.) Plaintiff filed timely objections to the findings and recommendations. (ECF No. 42.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, the Court hereby ORDERS as follows:

1. The findings and recommendations filed March 18, 2026 (ECF No. 41), are ADOPTED IN FULL;

2. Defendants' motion to dismiss (ECF No. 37) is GRANTED;

3. Plaintiff's second amended complaint is DISMISSED without further leave to amend and with prejudice; and

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

DATE: September 21, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE